SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-07- 00510-SBA |
| Plaintiff, ) | |
| v. ) | **DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL** |
| CHARLES GRADY MOYER, et al., ) | |
| Defendants. ) | |

F.J. Soliven-Meglin hereby notifies the Court that she disclaims any interest in the real property which is at issue in the above-referenced action.

It is hereby stipulated by and among the plaintiff United States of America and F.J. Soliven-Meglin that F.J. Soliven-Meglin be dismissed from this action, that she bear her own costs, including any possible attorneys' fees or other expenses of this litigation.

SCOTT N. SCHOOLS
United States Attorney

/s/ F. J. Soliven-Meglin
F.J. SOLIVEN-MEGLIN

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/26/07

_____
UNITED STATES DISTRICT JUDGE