SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6935

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>CHARLES GRADY MOYER, et al.,<br>　　　　　Defendants. | No. C-07- 00510-SBA<br><br>**DISCLAIMER OF INTEREST<br>AND ORDER OF DISMISSAL** |

　　　　Wallace H. Kresley, by and through the undersigned counsel, hereby notifies the Court that he disclaims any interest in the real property which is at issue in the above-referenced action.

　　　　It is hereby stipulated by and among the plaintiff United States of America and Wallace H. Kresley, through the undersigned counsel, that Wallace H. Kresley, be dismissed from this action, that he bear his own costs, including any possible attorneys' fees or other expenses of this litigation.

　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

/s/ Christopher R. Lucas　　　　　　　　　　　/s/ Thomas Moore
CHRISTOPHER R. LUCAS　　　　　　　　　　THOMAS MOORE
Law Office of Goforth & Lucas　　　　　　　　Assistant United States Attorney
Attorneys for Defendant-　　　　　　　　　　　Tax Division
Wallace H. Kresley

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/26/07　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, <u>KATHY P. TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

DISCLAIMER OF INTEREST AND ORDER OF DISMISSAL

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>September 4, 2007</u> at San Francisco, California.

/s/ Kathy Tat<br>KATHY P. TAT<br>Legal Assistant

SERVICE LIST

Charles Grady Moyer
243 Alicante Court
Danville, CA 94526

Associated Fee Adjusters
Attn. Troy M. Wilkinson
P.O. Box 1570
Danville 94526

Cyrus Killen
170 F. Alamo Plaza, Suite 192
Alamo, California 94507

Nino Gianelli
c/o Patrick Sullivan
436 14th Street, Suite 1112
Oakland, California 94612

F.J. Soliven-Meglin
22370 Thunderbird Place
Hayward, California 94545-1314

Wallace H. Kresley
c/o Law Office of Goforth & Lucas
attn. Christopher R. Lucas, Esq.
2300 Clayton Road #1460
Concord, California 94520

Stephen E. Trettin and Pamela J. Trettin Family Trust
c/o PLM Lender Services, Inc.
46 North Second Street
Campbell, California 95008

Ramon J. Hirsig
Executive Director, Board of Equalization
450 N Street, Room 2322, MIC-73
Sacramento, CA 95814