IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GRADY MOYER, et al.,<br><br>Defendants. | No. 4:07-CV-00510-SBA<br><br>**STIPULATION AND ORDER OF SETTLEMENT** |

This stipulation and settlement agreement is entered into as of April 4, 2008 between and among the United States of America ("U.S.A."), Charles Grady Moyer ("Moyer"), the California State Board of Equalization ("SBE"), First American Title Insurance Company ("FATCO") and Stephen E. Trettin and Pamela J. Trettin, as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust ("Trettin" and, jointly with U.S.A., Moyer, SBE and FATCO, "the Parties"); and the agreement of the Parties having been stated on the record in open court before the Honorable Maria-Elena James; and the Parties each having expressed on the record its understanding of and consent to the terms hereof.

### REPRESENTATIONS

1.  The U.S.A. is the plaintiff, having filed this action to reduce to judgment certain federal tax obligations owed by Moyer and to foreclose upon the real property located at 243

1  Alicante Court, Danville, Contra Costa County, California ("the Subject Property"), to which Moyer holds title and against which the U.S.A.'s tax liens appear of record;

2. Moyer is an individual residing in Contra Costa County, California. Moyer has stipulated to judgment in favor of the U.S.A. determining Moyer's liability on the federal tax obligations, which are the subject of this action, in the principal amount of $169,045.59 as of February 14, 2007;

3. The SBE asserts Moyer's liability for certain taxes, and recorded Notices of State Tax Liens in Contra Costa County, California, which liens appear of record as encumbrances on the Subject Property;

4. FATCO is the assignee of record of a judgment against Moyer, originally in favor of Nino Gianelli, and a judgment lien arising out of said judgment, recorded in Contra Costa County, California, which lien appears of record as an encumbrance on the Subject Property;

5. Trettin is the assignee of a note made by Moyer and of a deed of trust securing said note. Trettin's deed of trust is recorded in Contra Costa County, California, and appears of record as an encumbrance on the Subject Property. The proceeds of the extension of credit to Moyer evidenced by the note now assigned to Trettin were used in part to satisfy an obligation of Moyer to Walnut Creek Mortgage & Investment Corporation ("WCMIC"), which was secured by a deed of trust recorded in Contra Costa County, California and which appeared of record as an encumbrance of the Subject Property.

6. Various disputes arose among the Parties respecting the amount(s) of the obligations owed by Moyer to the other Parties and the priority of the interests of such other Parties in and to the Subject Property and the proceeds of sale of the Subject Property, were it to be sold at foreclosure or otherwise.

7. Moyer represents that he can and will obtain funds in the total amount of $822,500, by refinancing the Subject Property or otherwise;

//
//
//

8.  The other Parties have agreed to accept payment of the $822,500 in full satisfaction of their claims secured by the Subject Property, to be divided among said other Parties and the State of California Employment Development Department ("EDD") as follows:

    a.  U.S.A .................................................................$67,500.00

    b.  SBE ...................................................................$354,250.00

    c.  FATCO .............................................................$15,000.00

    d.  Trettin................................................................$373,750.00

    e.  EDD ..................................................................$12,000.00

## AGREEMENT

Now, therefore, in consideration of the foregoing, the Parties agree as follows:

A.  Moyer shall open an escrow for the distribution of the total amount set forth above, and for the refinance of the Subject Property, if applicable;

B.  Said escrow shall not employ the services of FATCO, or any of its subsidiaries, or of any company underwritten by FATCO;

C.  Close of escrow, and distribution of the funds deposited thereto in the amounts and to the Parties as set forth in paragraph 8 above, shall occur no later than May 16, 2008;

D.  Upon request for demand(s) by the escrow holder, the Parties hereto shall submit their demands in the amounts set forth above in paragraph 8 above, and shall submit to the escrow holder acknowledgements of satisfaction in full of their claims against Moyer in this matter and which are secured by liens, deeds of trust or other security interests in the Subject Property. Satisfaction of such claims against Moyer as set forth herein, and only such claims, shall become effective upon payment of the amounts set forth above.

E.  In the event that the payments this Agreement requires are not made by May 16, 2008, any Party may, no later than June 6, 2008, move to reopen this case, as provided in the Court's Order Dismissing Case entered April 7, 2008.

F.  This settlement agreement and release shall be construed and interpreted pursuant to the laws of the State of California, excepting its conflict of law rules. This agreement shall be considered to have been drafted equally by all Parties.

DATED: April 24, 2008

Edmund G. Brown, Jr.
Attorney General of the
State of California

By: /s/ Karen Yiu
Karen Yiu, Esq.

Attorneys for State Board of Equalization

DATED: April ___, 2008

Joseph P. Russoniello
United States Attorney

By: _____
Thomas Moore, Esq.

Attorneys for the United States of America

DATED: April ___, 2008

_____
Charles Grady Moyer

DATED: April ___, 2008

BARDELLINI, STAW, CAVIN & BUPP, LLP

By: _____
Suzette Z. Torres, Esq.

Attorneys for First American Title Insurance Company

DATED: April ___, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
Mary E. Olden

Attorneys for Defendants Stephen E. Trettin and Pamela J. Trettin, as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust

MHA
McDonough Holland & Allen PC
Attorneys at Law

STIPULATION AND ORDER OF SETTLEMENT   4
[Case No. 4:07CV00510SBA]

1088828v1 20131/0299

| | |
|---|---|
| DATED: April ___, 2008 | Edmund G. Brown, Jr.<br>Attorney General of the<br>State of California<br><br>By: _____<br>　　　Karen Yiu, Esq.<br><br>Attorneys for State Board of Equalization |
| DATED: April 23, 2008 | Joseph P. Russoniello<br>United States Attorney<br><br>By: _____/s/ T. Moore_____<br>　　　Thomas Moore, Esq.<br><br>Attorneys for the United States of America |
| DATED: April ___, 2008 | _____<br>Charles Grady Moyer |
| DATED: April ___, 2008 | BARDELLINI, STAW, CAVIN & BUPP, LLP<br><br>By: _____<br>　　　Suzette Z. Torres, Esq.<br><br>Attorneys for First American Title Insurance Company |
| DATED: April ___, 2008 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law<br><br>By: _____<br>　　　Mary E. Olden<br><br>Attorneys for Defendants Stephen E. Trettin and Pamela J. Trettin, as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust |

STIPULATION AND ORDER OF SETTLEMENT    4
[Case No. 4:07CV00510SBA]

1088828v1 20131/0299

| | |
|---|---|
| DATED: April ___, 2008 | Edmund G. Brown, Jr.<br>Attorney General of the<br>State of California<br><br>By: _____<br>    Karen Yiu, Esq.<br><br>Attorneys for State Board of Equalization |
| DATED: April ___, 2008 | Joseph P. Russoniello<br>United States Attorney<br><br>By: _____<br>    Thomas Moore, Esq.<br><br>Attorneys for the United States of America |
| DATED: April ___, 2008 | Charles Grady Moyer |
| DATED: April ___, 2008 | BARDELLINI, STAW, CAVIN & BUPP, LLP<br><br>By: _____<br>    Suzette Z. Torres, Esq.<br><br>Attorneys for First American Title Insurance Company |
| DATED: April ___, 2008 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law<br><br>By: _____<br>    Mary E. Olden<br><br>Attorneys for Defendants Stephen E. Trettin and Pamela J. Trettin, as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust |

STIPULATION AND ORDER OF SETTLEMENT  4
[Case No. 4:07CV00510SBA]

1088828v1 20131/0299

```
 1  DATED: April ___, 2008              Edmund G. Brown, Jr.
                                        Attorney General of the
 2                                      State of California

 3

 4                                      By: _____
                                             Karen Yiu, Esq.
 5
                                        Attorneys for State Board of Equalization
 6

 7  DATED: April ___, 2008              Scott N. Schools
                                        United States Attorney
 8

 9

10                                      By: _____
                                             Thomas Moore, Esq.
11
                                        Attorneys for the United States of America
12
    DATED: April ___, 2008              _____
13                                      Charles Grady Moyer

14
    DATED: April 24, 2008               BARDELLINI, STAW, CAVIN & BUPP, LLP
15

16
                                        By: _____/s/ John Cavin/_____  for
17                                           Suzette Z. Torres, Esq.

18                                      Attorneys for First American Title Insurance
                                        Company
19

20  DATED: April ___, 2008              McDONOUGH HOLLAND & ALLEN PC
                                        Attorneys at Law
21

22

23                                      By: _____
                                             Mary E. Olden
24
                                        Attorneys for Defendants Stephen E. Trettin
25                                      and Pamela J. Trettin, as Trustees of the
                                        Stephen E. Trettin and Pamela J. Trettin Family
26                                      Trust

27

28
```

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

STIPULATION AND ORDER OF SETTLEMENT   4
[Case No. 4:07CV00510SBA]

1088828v1 20131/0299

```
 1  DATED: April ___, 2008          Edmund G. Brown, Jr.
                                    Attorney General of the
 2                                  State of California

 3

 4                                  By: _____
                                            Karen Yiu, Esq.
 5
                                    Attorneys for State Board of Equalization
 6

 7  DATED: April ___, 2008          Joseph P. Russoniello
                                    United States Attorney
 8

 9
                                    By: _____
10                                          Thomas Moore, Esq.

11                                  Attorneys for the United States of America

12
    DATED: April ___, 2008          _____
13                                  Charles Grady Moyer

14
    DATED: April ___, 2008          BARDELLINI, STAW, CAVIN & BUPP, LLP
15

16
                                    By: _____
17                                          Suzette Z. Torres, Esq.

18                                  Attorneys for First American Title Insurance
                                    Company
19
                                                 May 2
20  DATED: April ___, 2008          McDONOUGH HOLLAND & ALLEN PC
                                    Attorneys at Law
21

22
                                    By: /s/ Mary E. Olden
23                                          Mary E. Olden

24                                  Attorneys for Defendants Stephen E. Trettin
                                    and Pamela J. Trettin, as Trustees of the
25                                  Stephen E. Trettin and Pamela J. Trettin Family
                                    Trust
26

27

28
```

STIPULATION AND ORDER OF SETTLEMENT    4
[Case No. 4:07CV00510SBA]

1088828v1 20131/0299

**ORDER**

Upon the foregoing agreement of the Parties,

IT IS SO ORDERED.

5/7/08

*Saundra B. Armstrong* (signature)
Honorable Saundra B. Armstrong
Judge, United States District Court