**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-00510 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 36-38] |
| CHARLES GRADY MOYER, *et al.* | |
| Defendants. | |

As the parties had reached a settlement agreement, the Court conditionally dismissed this matter on April 7, 2008, with the provision any party could file within 60 days to reopen it, if settlement were not achieved. *See* Docket No. 31. On May 19, 2008, plaintiff the United States of America filed a Motion to Reopen Case (the "Motion"), as defendant Charles Grady Moyer had allegedly failed to make a schedule settlement payment. *See* Docket No. 36. The California State Board of Equalization filed a joinder on May 19, 2008, *see* Docket No. 37, as did the E. Trettin and Pamela J. Trettin Family Trust, on May 21, 2008, *see* Docket No. 38, (collectively, the "Joinders").

Accordingly, the Motion and the Joinders are GRANTED and the Clerk is instructed to REOPEN this matter. Further, a Case Management Conference is SET for June 18, 2008, at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

May 27, 2008

　　　　　　　　　　　　　　　　　　　　Saundra B Armstrong
　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

 v.

CHARLES MOYER et al,

    Defendant.

Case Number: CV07-00510 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Charles Grady Moyer**
243 Alicante Court
Danville, CA 94526

Dated: May 28, 2008

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk