W. AUSTIN COOPER,
A Professional Corporation
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for Defendant
Charles Grady Moyer

**FILED**

SEP 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
## (Oakland Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: C-07-00510-SBA |
| Plaintiff, | |
| vs. | |
| CHARLES GRADY MOYER, et al., | |
| Defendants. | |

**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON**

Defendant CHARLES GRADY MOYER hereby substitutes W. Austin Cooper, a Professional Corporation, as his attorney of record in the above-captioned proceeding, in place and instead of himself in pro per.

///
///
///
///
///
///
///

1

I consent to this substitution.

DATED: September 8, 2008         /s/ Charles Grady Moyer
                                 CHARLES GRADY MOYER

I consent to this substitution.

                                 **W. AUSTIN COOPER,**
                                 **A PROFESSIONAL CORPORATION**

DATED: September 8, 2008    By:  /s/ W. Austin Cooper
                                 W. AUSTIN COOPER

**ORDER**

IT IS SO ORDERED.

DATED: 9-15-08                   _[signature]_
                                 U.S. DISTRICT COURT JUDGE