W. AUSTIN COOPER,
A Professional Corporation
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for Defendant
Charles Grady Moyer

FILED

SEP 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
## (Oakland Division)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES GRADY MOYER, et al.,

    Defendants.

CASE NO.: C-07-00510-SBA

**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON**

Defendant CHARLES GRADY MOYER hereby substitutes W. Austin Cooper, a Professional Corporation, as his attorney of record in the above-captioned proceeding, in place and instead of himself in pro per.

///
///
///
///
///
///
///

1

I consent to this substitution.

DATED: September 8, 2008       /s/ Charles Grady Moyer
                               CHARLES GRADY MOYER

I consent to this substitution.

                               **W. AUSTIN COOPER,**
                               **A PROFESSIONAL CORPORATION**

DATED: September 8, 2008    By:    /s/ W. Austin Cooper
                                   W. AUSTIN COOPER

**ORDER**

IT IS SO ORDERED.

DATED: 9-17-08

U.S. DISTRICT COURT JUDGE