McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHAEL T. FOGARTY (#065809)
MICHAEL J. KUZMICH (#210088)
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8334

Attorneys for First American Title Insurance Company,
assignee of Stephen E. Trettin and Pamela J. Trettin,
as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust

FILED
SEP 16 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHARLES GRADY MOYER, et al.,<br><br>   Defendants. | No. 4:07-cv-00510-SBA<br><br>**SUBSTITUTION OF ATTORNEY** |

First American Title Insurance Company, assignee of Stephen E. Trettin and Pamela J. Trettin, as Trustees of the Stephen E. Trettin and Pamela J. Trettin Family Trust hereby substitute as their attorneys in this case the law firm of Boutin Gibson Di Giusto Hodell Inc., Attorneys at Law, 555 Capitol Mall, Suite 1500, Sacramento, CA 95814, Tel: 916.321.4444, Fax: 916.441.7597 in place of McDonough Holland & Allen PC, Attorneys at Law, 500 Capitol Mall, 18th Floor, Sacramento, CA 95814, Tel: 916.444.3900, Fax: 916.444.8334. All notices, pleadings and orders should be directed to:

Michael J. Kuzmich
Boutin Gibson Di Giusto Hodell Inc.
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95864
Tel: 916.321.4444
Fax: 916.441.7597
Email: mkuzmich@boutininc.com

1  DATED: August ___, 2010
                                    FIRST AMERICAN TITLE INSURANCE CO.
2
3
                                    _____
                                           GEORGINA INJAYAN
4
5     The undersigned consent to the above substitution.
6  DATED: August ___, 2010
                                    McDONOUGH HOLLAND & ALLEN PC.
7                                   Attorneys at Law
8
9                                   By: _____
                                           MICHAEL J. KUZMICH
10
11 DATED: August ___, 2010
                                    BOUTIN GIBSON DI GIUSTO HODELL INC.
12                                  Attorneys at Law
13
14                                  By: _____
                                           MICHAEL J. KUZMICH
15
16                                  **ORDER**
17     IT IS SO ORDERED.
18  DATED: 9/14/10
19
                                    _Sandra B. Armstrong_
20                                  UNITED STATES DISTRICT JUDGE